**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

*In re*: PETITION OF JAIME DAVIDSON, SEEKING   :
AN ORDER DIRECTING FCI WILLIAMSBURG,   :
SALTERS, SC, TO PERMIT A POLYGRAPH   :
EXAMINATION OF JAIME DAVIDSON BY   :
POLYGRAPHIST ROBERT DRDAK.   :

------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 1 2020

ORDER

20 Misc. 147 (GBD)

GEORGE B. DANIELS, United States District Judge:

Pro bono counsel for Petitioner Jaime Davidson moves this Court for an order that FCI Williamsburg, located in Salters, South Carolina, permit the polygraph examination of Petitioner.

Counsel's application is made *ex parte* without any indication that the Warden of FCI Williamsburg is aware of this application. Counsel also does not provide any legal basis for this Court's jurisdiction and authority to issue such an order against the South Carolina federal prison where Petitioner is an inmate.

The petition to issue an order directing FCI Williamsburg to permit Petitioner to take a polygraph test is DENIED without prejudice. If counsel for Petitioner wishes to renew this application in this District, it should be done on notice to the Warden of the institution, and with supporting legal authority for such an order to be issued out of the Southern District of New York.

Dated: New York, New York
March 11, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge